UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WARD, | No. 2:17-cv-0959 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. VERUMEN, et al., | |
| Defendants. | |

On March 26, 2018, the undersigned referred this action to the prisoner settlement program and directed the parties to file confidential settlement statements. Both parties have now filed confidential settlement statements. After reviewing these statements, the undersigned has determined that a settlement conference is not warranted at this time.

Accordingly, IT IS HEREBY ORDERED that a settlement conference is not warranted at this time.

Dated: April 16, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ward959.ord

1