1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS WARD,                          No. 2: 17-cv-0959 MCE KJN P

12                 Plaintiff,

13        v.                               ORDER

14   M. VERUMEN, et al.,

15                 Defendants.

16

17        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to modify the scheduling

19   order.  (ECF No. 31.)  Defendants state that plaintiff does not oppose this request.

20        Pursuant to the April 16, 2018 scheduling order, the discovery deadline is August 3, 2018,

21   and the deadline for filing dispositive motions is October 26, 2018.  (ECF No. 28.)  In the

22   pending motion, defendants request that the discovery deadline be extended to October 3, 2018.

23        Good cause appearing, IT IS HEREBY ORDERED that:

24        1. Defendants' motion to modify the scheduling order (ECF No.31) is granted;

25        2.  The August 3, 2018 discovery deadline is vacated and reset to October 3, 2018;

26   ////

27   ////

28   ////

1

3. The October 26, 2018 dispositive motion deadline is vacated and reset to February 1, 2019.

Dated: August 15, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ward959.mod